THOMAS P. RILEY, SBN194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Innovative Sports Management, Inc., d/b/a Integrated Sports Media,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Benjamin Jean Ruiz,**<br><br>**Defendant.** | **Case No. 5:24-cv-07241-PCP**<br><br>**CERTIFICATE OF SERVICE OF ORDER (DKT. NO. 14)** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On December 31, 2024, Plaintiff's counsel duly served a true and correct copy of the enclosed Order (Dkt. No. 14) upon all Parties of record or their counsel.

Respectfully submitted,

Dated: December 31, 2024

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Innovative Sports Management, Inc.,**
**d/b/a Integrated Sports Media**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Innovative Sports Management, Inc., d/b/a Integrated Sports Media,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Benjamin Jean Ruiz,**<br><br>**Defendant.** | **Case No. 5:24-cv-07241-PCP**<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER ~~(PROPOSED)~~** |

**TO THE HONORABLE P. CASEY PITTS, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media, here by applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Tuesday, January 14, 2025, at 1:00 P.M. to a new date approximately thirty (30) to forty-five (45) days forward.

///

Case 5:24-cv-07241-PCP Document 14 Filed 12/30/24 Page 2 of 3

This request is necessitated for the following reasons:

Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media has yet to receive an answer (or any other responsive pleading) from the defendants. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Tuesday, January 14, 2025, at 1:00 P.M. to a new date approximately forty-five (45) days forward.

Respectfully submitted,

Dated: December 30, 2024

*<u>/s/ Thomas P. Riley</u>*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

///

///

///

///

///

///

///

**ORDER** ~~(Proposed)~~

It is hereby ordered that the Initial Case Management Conference in civil action 5:24-cv-07241-PCP styled *Innovative Sports Management, Inc. v. Benjamin Jean Ruiz, et al.*, is hereby continued from Tuesday, January 14, 2025 at 1:00 P.M. to a new date of February 25, 2025 at 1:00PM

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of Order with the Clerk of the Court.

**IT IS SO ORDERED**:



Dated: December 30, 2024

**The Honorable P. Casey Pitts**
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 31, 2024, I caused to serve the following documents entitled:

**CERTIFICATE OF SERVICE OF ORDER (DKT NO. 14)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Benjamin Jean Ruiz
1712 Winchester Blvd
Campbell, CA 95008

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 31, 2024, at South Pasadena, California.

Dated: December 31, 2024

*/s/ Leticia Estrada*
**LETICIA ESTRADA**

///

///

///

///